**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

v.                          CRIMINAL ACTION NO.
                                   3:04CR00138CH)

MILTON MENAFEE,
    Defendant.
                                   MARCH 27, 2008

**ORDER TO SHOW CAUSE**

The Defendant is hereby ORDERED to SHOW CAUSE, by April 15, 2008, why the defendant should be granted relief pursuant to 18 U.S.C. § 3582(c)(2) and 994(u), as well as Amendment 706 to the U.S.S. Guidelines.

The court has reviewed a supplemental Presentence Report prepared by the Probation Office that suggests the defendant is ineligible because he was sentenced as a career offender and thus the Amendment would not lower the applicable guideline range, U.S.S.G. 1B1.10, comment. (n.1.(A)). The defendant's guideline range was determined based on his status as a career offender.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 27th day of March, 2008.

                                             /s/ Janet C. Hall
                                             Janet C. Hall
                                             United States District Court